

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 15, 2024

**By ECF and EMAIL**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Conference to be held on 8/28/24 at 12 noon.  The time between today and 8/28/24 is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit the Government to prepare discovery and for the parties to be present on a mutually convenient date.

SO ORDERED.

*Cathy Seibel*   8/16/24
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Maurice Yarborough*, 24 Cr. 466 (CS)

Dear Judge Seibel:

    On August 6, 2024, an indictment was returned in the above-captioned matter.  The defendant was arraigned before Judge Krause on August 7, 2024, and during the arraignment time was excluded until August 21, 2024.  The Government has coordinated with defense counsel to request a date and time for an initial appearance with the Court, which the Government anticipates will be the week of August 26 based on its current understanding of defense counsel's schedule.

    Accordingly, the Government and defense counsel respectfully request an exclusion of time from August 21, 2024, until the date of the initial appearance in this matter, not to exceed two weeks.  The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the Government may prepare discovery and the parties can request a date and time for the initial appearance.  The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendants in a speedy trial.  Counsel for the defendant consented to this request.

[*continued on the next page*]

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: *[signature]*
        Jorja N. Knauer
        Assistant United States Attorney
        (914) 993-1919

cc: Rachel Martin, Esq. (by ECF and Email)