

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 5, 2024

**By ECF and EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

The time between today and 2/18/25 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the parties to continue discussions regarding a possible disposition without trial.

SO ORDERED.

*/s/ Cathy Seibel*  12/6/24
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Maurice Yarborough*, 24 Cr. 466 (CS)

Dear Judge Seibel:

The Government respectfully requests that the Court exclude time in the above-captioned case under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(A).

On October 29, 2024, the Court scheduled a status conference for December 13, 2024, and excluded time through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interest of justice. On December 5, 2024, defense counsel submitted a request, with the Government's consent, to adjourn until mid-February so that the parties can continue to discuss a potential resolution to the case. The Court granted defense counsel's request and scheduled the next status conference for February 18, 2024.

Accordingly, the Government and defense counsel respectfully request an exclusion of time from December 13, 2024, through February 18, 2024. The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so the parties can continue to discuss a pretrial resolution. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendants in a speedy trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Jorja N. Knauer*
Jorja N. Knauer
Assistant United States Attorney
Southern District of New York
(914) 993-1919

cc: Rachel Martin, Esq.