# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

The Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

*Application granted. The home detention condition is lifted and Defendant shall comply with a curfew to be set by Pretrial Services (with Defendant free to apply to the Court if he thinks the curfew is unreasonable). GPS monitoring will remain in place.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
1/14/25

Re:   *United States v. Maurice Yarborough*, 24 Cr. 466 (CS)

Dear Judge Seibel:

I write to request a bond modification in the above-captioned case. Mr. Yarborough's current Pretrial Officer, Intensive Supervision Specialist Jonathan Lettieri, sent me the following email on January 8, 2025 requesting that Mr. Yarborough's current home detention be replaced with a curfew. In relevant part, Officer Lettieri wrote:

> I was recently assigned Mr. Yarborough's pretrial supervision following Officer Barrios's retirement. It would be appropriate for Mr. Yarborough's bail to be modified to replace home detention with a curfew, while maintaining GPS monitoring. Mr. Yarborough's employment is not conducive to home detention, which requires the defendant to limit his movements to locations pre-approved by Pretrial Services. The bail order indicates the employer is supposed to notify our office of the work locations 48 hours in advance but, in speaking with the employer, this does not seem to be possible. He said the defendant is required to visit multiple locations per day, sometimes on short notice. I believe the modification would be best to avoid unwitting violations while keeping the job (and working more as his employer has asked).

Email from Pretrial Services Officer J. Lettieri to Defense Counsel (Jan. 8, 2025).

By way of background, Mr. Yarborough was arrested on July 24, 2024. On August 7, 2024, he was arraigned on a one-count indictment charging a violation 18 U.S.C. § 922(g)(1). That same day, the Court granted his release on several conditions, including a $50,000 bond secured by $5,000 cash. Since then, he has remained in full compliance with pretrial supervision conditions. The parties are scheduled for a status conference before the Court on February 18, 2025.

I have discussed this request with AUSA Jorja Knauer. She has no objection to this modification.

Sincerely,

Rachel Martin

cc:  AUSA Jorja Knauer, Esq.; Intensive Supervision Specialist Jonathan Lettieri